[No. 68974-6-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD A. TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01307-0, Patrick H. Oishi, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Dwyer, JJ.

[No. 69022-1-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE KENNETH JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09192-7, Michael Hayden, J., entered May 25, 2012. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Appelwick and Verellen, JJ.

[No. 69032-9-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-20771-4, Christopher A. Washington, J., entered June 5, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Dwyer, JJ.

[No. 69059-1-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ANDREW STEPHENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 11-1-00093-2, Alan R. Hancock, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Appelwick, J.